IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARVEEN AKHTAR, et al.,

      Plaintiff,                    No. 2:13-cv-0845 WBS CKD

    vs.

JOHN KERRY, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter.  The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

Dated: May 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

akhtar0845.rec

1