BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2700

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parveen Akhtar,<br><br>                    Petitioner,<br><br>     vs.<br><br>John Kerry, Sectretary of State, et al.<br><br>                    Respondents. | Case No.: 2:13-cv-845 WBS KLN<br><br>**JOINT STIPULATION AND ORDER RE: DISMISSAL** |

This is an immigration case in which Petitioner challenges the alleged delay in the adjudication of his immigrant visa application. Since the filing of the lawsuit, the application has been adjudicated. Accordingly, the parties now stipulate to dismissal of the lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear its own costs of litigation.

Dated: June 7, 2013 Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

Attorneys for Respondents

DATED: June 7, 2013 Respectfully submitted,
/s/ Ruby Lieberman
Ruby Lieberman

Attorney for the Petitioner

ORDER

IT IS SO ORDERED.

Dated: June 17, 2013

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE