1 | BENJAMIN B. WAGNER
United States Attorney
2 | AUDREY B. HEMESATH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95831
4 | Telephone: (916) 554-2700

5 | Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Parveen Akhtar,

        Petitioner,

  vs.

John Kerry, Sectretary of State, et al.

        Respondents.

Case No.: 2:13-cv-845 WBS KLN

**JOINT STIPULATION AND ORDER RE: DISMISSAL**

    This is an immigration case in which Petitioner challenges the alleged delay in the adjudication of his immigrant visa application. Since the filing of the lawsuit, the application has been adjudicated. Accordingly, the parties now stipulate to dismissal of the lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear its own costs of litigation.

Dated: June 7, 2013                                 Respectfully submitted,

                                                                                BENJAMIN B. WAGNER
                                                                                United States Attorney

                                                                                /s/ Audrey B. Hemesath
                                                                                AUDREY B. HEMESATH
                                                                                Assistant U.S. Attorney

                                                                                Attorneys for Respondents


DATED: June 7, 2013                                 Respectfully submitted,
                                                                                /s/ Ruby Lieberman
                                                                                Ruby Lieberman

                                                                                Attorney for the Petitioner


                                                                           ORDER

IT IS SO ORDERED.

Dated: June 17, 2013

                                                                    WILLIAM B. SHUBB
                                                                    UNITED STATES DISTRICT JUDGE